NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**HOIST FITNESS SYSTEMS, INC.,**
*Plaintiff-Appellee*

**v.**

**TUFFSTUFF FITNESS INTERNATIONAL, INC.,**
*Defendant-Appellant*

―――――――――――

2021-1978

―――――――――――

Appeal from the United States District Court for the Central District of California in No. 5:17-cv-01388-AB-KK, Judge Andre Birotte, Jr.

―――――――――――

## JUDGMENT

―――――――――――

LARA SUE GARNER, Gordon Rees Scully Mansukhani LLP, San Diego, CA, argued for plaintiff-appellee. Also represented by SEAN DONOVAN FLAHERTY, MATTHEW G. KLEINER, SUSAN B. MEYER.

RUDOLPH A. TELSCHER, JR., Husch Blackwell LLP, St. Louis, MO, argued for defendant-appellant. Also represented by KARA RENEE FUSSNER, DAISY MANNING.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, SCHALL, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 5, 2022                    /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                 Clerk of Court